UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

KEVIN P. MOORE,   Chapter 7
                  Case No. 17-52562-tjt
       Debtor.   Hon. Thomas J. Tucker

_____/

### TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

Kenneth Nathan, Chapter 7 Trustee, by his attorneys OSIPOV BIGELMAN, P.C. states:

1. The Debtor filed a voluntary Chapter 7 bankruptcy petition on September 6, 2017.

2. Kenneth Nathan is the duly appointed Chapter 7 Trustee in this case.

3. Debtor's Schedule A/B disclosed the following assets: (1) a Savings account described as "Chase (entirely Social Security funds)" ("Account"), valued at $22,000.00, and (2) a "Workers Compensation Claim" ("Claim"), with an unknown value.

4. Debtor's Schedule C claims an exemption in the Account in the amount of $22,000.00 pursuant to 11 U.S.C. § 522(d)(10)(A).

5. Debtor's Schedule C claims the following exemptions in the Claim:

   11 U.S.C. §§ 522(d)(10)(C) and (d)(11)(E) in an unknown amount; and

   11 U.S.C. § 522(d)(5) in the amount of $11,615.60.

6. Section 522(d)(10) permits a debtor to exempt "[t]he ***debtor's right to receive*** - - (A) a social security benefit, unemployment compensation, or a local public assistance benefit . . . [and] (C) a disability, illness, or unemployment benefit[.]" 11 U.S.C. § 522(d)(10)(A) and (C) (emphasis added).

7. The Debtor received a social security payment in the amount of $26,044.39 on

Page **1** of **8**

August 21, 2017.

8. Those funds were deposited into Debtor's Chase checking account. Upon information and belief, the Chase checking account contained funds not stemming from social security disbursements.

9. On August 22, 2017 and August 24, 2017, Debtor made withdrawals from his Chase checking account in the amount of $10,000.00 and $15,000.00, respectively.

10. On August 30, 2017, Debtor deposited $22,000.00 into a Chase savings account.

11. Debtor received the social security benefit payment prior to the petition date. Therefore, the claim of exemption under 11 U.S.C. § 522(d)(10)(A) is inappropriate, as the Debtor has no "right to receive" a social security benefit on the petition date – it had already been received. *See In re Sanchez*, 362 B.R. 342, 360 (Bankr. W.D. Mich. 2007).

12. The claim of exemption under 11 U.S.C. § 522(d)(10)(C) is inappropriate to the extent that any settlement or award the Debtor receives does not constitute a disability benefit (lump sum vs. monthly disability payments). *Id*.

13. 11 U.S.C. § 522(d)(11)(E) permits a debtor to exempt a "payment, in compensation of loss of future earnings of the debtor or an individual of whom the debtor is or was a dependent, ***to the extent reasonably necessary for the support of the debtor and any dependent of the debtor***."(emphasis added).

14. At present, no determination has been made regarding the value of the Claim or the amount thereof that is reasonably necessary for the support of the debtor and any dependent of the debtor.

15. The Trustee objects to Debtor's claim of exemption of: (1) the Account under Section 522(d)(10)(A), as the social security benefit was paid to Debtor pre-petition and it is

unclear whether the funds in the savings account stem from the social security payment due to the funds being commingled with non-social security funds and withdrawn from the Chase checking account; (2) the Claim under Section 522(d)(10)(C) to the extent that any settlement or award does not constitute a benefit as within the meaning of that section; and (3) the Claim under Section 522(d)(11)(E) to the extent that any recovery on the Claim is not in compensation of loss of future earnings, or to the extent that any recovery is not reasonably necessary for the support of the debtor and any dependent of the debtor.

      WHEREFORE, the Trustee requests that this honorable Court enter an order denying or limiting the Debtor's exemptions.

                                      Respectfully submitted,

                                      OSIPOV BIGELMAN, P.C.

Date:   November 17, 2017              /s/ Ashley J. Jericho_____
                                      Yuliy Osipov (P59486)
                                      Ashley J. Jericho (P72430)
                                      Attorneys for the Chapter 7 Trustee
                                      20700 Civic Center Dr. Suite 420
                                      Southfield, MI 48076
                                      Phone: (248) 663-1800 /Fax: (248) 663-1801
                                      yo@osbig.com / aj@osbig.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

KEVIN P. MOORE,   Chapter 7
   Case No. 17-52562-tjt
Debtor.   Hon. Thomas J. Tucker

_____/

**[PROPOSED]
ORDER SUSTAINING TRUSTEE'S
OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION**

The Trustee, Kenneth Nathan, having filed and served his Objection to Debtor's Claim of Exemption in accordance with applicable Court rules, no timely response having been filed, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that the Trustee's Objection to the Debtor's Claim of Exemption is sustained.

**IT IS FURTHER ORDERED** that Debtor's claim of exemption in the asset described as "Chase (entirely Social Security funds)" on Debtor's Schedule A/B is denied.

**IT IS FURTHER ORDERED** that Debtor's claim of exemption pursuant to 11 U.S.C. § 522(d)(10)(C) in the asset described as "Workers Compensation Claim" on Debtor's Schedule A/B is strictly limited to the portion of any recovery that constitutes a disability benefit.

**IT IS FURTHER ORDERED** the Debtor's claim of exemption pursuant to 11 U.S.C. § 522(d)(11)(E) in the asset described as "Workers Compensation Claim" on Debtor's Schedule A/B is strictly limited to the portion of any recovery that constitutes payment on account of compensation of loss of future earnings and to the extent that such recovery is reasonably necessary for the support of the debtor and any dependent of the debtor.

**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

KEVIN P. MOORE,                        Chapter 7
                                           Case No. 17-52562-tjt
        Debtor.                          Hon. Thomas J. Tucker

_____/

## **NOTICE OF TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTION**

       OSIPOV BIGELMAN, P.C., attorneys for Kenneth Nathan, Chapter 7 Trustee, has filed papers with the court entitled Trustee's Objection to Debtor's Claim of Exemptions.

       Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

       If you do not want the court to grant the relief as set forth above, or if you want the court to consider your views on the objection, within **fourteen (14) days**, you or your attorney must:

       File with the court a written response or an answer, explaining your position at:

> United States Bankruptcy Court
> 211 W. Fort Street, Suite 2100
> Detroit, Michigan 48226

       If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

       You must also mail a copy to:

> Ashley J. Jericho, Esq.
> 20700 Civic Center Drive
> Southfield, MI 48076

2.       If a response or answer is timely filed and served, the clerk will schedule a hearing on the objection and you will be served with a notice of the date, time and location of the hearing.

       If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting the relief.

Respectfully submitted,

OSIPOV BIGELMAN, P.C.

Date: November 17, 2017  /s/ Ashley J. Jericho
Yuliy Osipov (P59486)
Ashley J. Jericho (P72430)
Attorneys for the Chapter 7 Trustee
20700 Civic Center Dr. Suite 420
Southfield, MI 48076
Phone: (248) 663-1800 /Fax: (248) 663-1801
yo@osbig.com / aj@osbig.com

**EXHIBIT 2**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

KEVIN P. MOORE,                                Chapter 7
                                               Case No. 17-52562-tjt
       Debtor.                                 Hon. Thomas J. Tucker

_____/

**BRIEF IN SUPPORT OF TRUSTEE'S**
**OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

In support of his Objection to Debtor's Claim of Exemption, Trustee relies on the facts and law as stated in the Objection. The Trustee reserves the right to file a further brief in support of the Objection, should the Court so require.

                                        Respectfully submitted,

                                        OSIPOV BIGELMAN, P.C.

Date:   November 17, 2017               /s/ Ashley J. Jericho_____
                                        Yuliy Osipov (P59486)
                                        Ashley J. Jericho (P72430)
                                        Attorneys for the Chapter 7 Trustee
                                        20700 Civic Center Dr. Suite 420
                                        Southfield, MI 48076
                                        Phone: (248) 663-1800 /Fax: (248) 663-1801
                                        yo@osbig.com / aj@osbig.com

**EXHIBIT 3**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| KEVIN P. MOORE, | Chapter 7 |
| | Case No. 17-52562-tjt |
| Debtor. | Hon. Thomas J. Tucker |

_____/

## CERTIFICATE OF SERVICE

Re: Trustee's Objection to Debtor's Claim of Exemptions, Brief in Support, proposed Order, Notice of Opportunity to Respond, and Certificate of Service.

I hereby certify that on November 17, 2017, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the Office of the United States Trustee and all those listed by the court as receiving electronic notices in this case from the Court's CM/ECF system.

                                            Respectfully submitted,

                                            OSIPOV BIGELMAN, P.C.

Date: November 17, 2017           /s/ Ashley J. Jericho_____
                                            Yuliy Osipov (P59486)
                                            Ashley J. Jericho (P72430)
                                            Attorneys for the Chapter 7 Trustee
                                            20700 Civic Center Dr. Suite 420
                                            Southfield, MI 48076
                                            Phone: (248) 663-1800 /Fax: (248) 663-1801
                                            yo@osbig.com / aj@osbig.com

**EXHIBIT 4**